Case 1:00-cr-00118   Document 191-4   Filed on 07/30/09 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
FILED

JUL 3 0 2009

Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. B-00-118-S1-01 |
| | | 2/26/10 UNL |
| OSIEL CARDENAS-GUILLEN | § | UNDER SEAL as per DK #252 |

## ADDENDUM TO PLEA AGREEMENT

COMES NOW the United States of America, by and through its attorneys Tim Johnson, United States Attorney for the Southern District of Texas, and the undersigned Assistant United States Attorney, and Defendant, **OSIEL CARDENAS-GUILLEN**, and Defendant's counsel, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, and file this Addendum to the Plea Agreement. The Plea Agreement has been filed separately. This Addendum contains additional details of the plea agreement ▉

▉

1. The United States and Defendant agree to a money judgment for fifty (50) million dollars rather the greater amount stated in the notice of forfeiture provision in the indictment. The Defendant understands the United States has limited the amount of the money judgment to $50 million based on the Defendant's agreement that the judgment will be credited with money and property seizures made after the Defendant's arrest ▉

▉ The United States agrees that the following post-arrest seizures partially satisfy the judgment and will be credited to Defendant: $2,399,800.00 on October 27, 2008, $3,999,140 seized on November 3, 2008, $1,804,335 seized on February 9, 2009, $2,200,020 seized on March 3, 2009,

$4,497,810.00 seized on March 20, 2009, $1,299,965.00 seized on April 13, 2009, and $2,274,970.00 seized on July 20, 2009. Defendant admits these seized monies constitute, or are traceable to, drug proceeds and should be forfeited to the United States.

_____
Defendant

APPROVED:

_____
Assistant U. S. Attorney

_____
Michael Ramsey
Attorney for Defendant

_____
Roberto Yzaguirre
Attorney for Defendant

_____
C.J. Quintanilla
Attorney for Defendant

_____
Chip B. Lewis
Attorney for Defendant

## CERTIFICATION BY THE DEFENDANT

I have consulted with my counsel and fully understand all my rights with respect to the <u>charge(s)</u> pending against me. Further, I have consulted with my attorney and fully understand my rights with respect to the provisions of the <u>Sentencing Guidelines and Policy Statements</u> which may apply in my case. I have read this addendum to the plea agreement and carefully reviewed every part of it with my attorney. I understand this agreement and I voluntarily agree to it.

_____     _____
Defendant                                                          Date

## CERTIFICATION BY ATTORNEY

I have fully explained to the defendant, his rights with respect to the pending indictment/information. Further, I have reviewed the provisions of the Sentencing Guidelines and Policy Statements and I have fully explained to the defendant the provisions of those Guidelines which may apply in this case. I have carefully reviewed every part of this addendum to the plea agreement with the defendant. To my knowledge, the defendant's decision to enter into this agreement is an informed and voluntary one.

_____     _____
Counsel for Defendant                                        Date

3