Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2009

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. 1:00-118-01 |
| OZIEL CARDENAS-GUILLEN | | |

ORDER

The Defendant having been adjudicated Guilty in this cause, it is hereby ORDERED as provided by Local Rule 16 of the Southern District of Texas,

1) That the investigation and preparation of the presentence report be completed by the 27th day of October, 2009.

2) THAT IMMEDIATELY THEREUPON THE PRESENTENCE REPORT SHALL BE MADE AVAILABLE TO DEFENSE COUNSEL AND COUNSEL FOR THE GOVERNMENT WHO MUST OBTAIN THE REPORT AT THE PROBATION OFFICE IN THE CITY OF THE SENTENCING COURT EITHER PERSONALLY OR THROUGH AN AGENT. PROVIDED THERE ARE NO DELAYS, ALTERNATIVE DELIVERY VIA EXPRESS MAIL, MESSENGER, OR CERTIFIED MAIL IS AUTHORIZED. COUNSEL SHALL MAKE ARRANGEMENTS FOR THE DELIVERY, AT HIS/HER OWN EXPENSE, AND CONFIRM THOSE ARRANGEMENTS IN WRITING WITH THE PROBATION OFFICER ASSIGNED TO THE CASE. DELIVERY VIA FACSIMILE IS NOT AUTHORIZED.

3) Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by the 16th day of November, 2009. If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

4) After further investigation the presentence officer shall submit a final report by the 7th day of December, 2009.

5) Sentencing hearing will be set for a later date.

SIGNED this 30 day of July, 2009.

HILDA G. TAGLE
United States District Judge