United States Court of Appeals
Fifth Circuit

FILED
May 17, 2011

Lyle W. Cayce
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 10-40221

D.C. Docket No. 1:10-MC-2

United States District Court
Southern District of Texas
FILED

JUN 2 0 2011

David J. Bradley, Clerk of Court

HEARST NEWSPAPERS, L.L.C., doing business as Houston Chronicle,

    Intervenor Plaintiff - Appellant

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

OZIEL CARDENAS-GUILLEN,

    Defendant - Appellee

v.

HEARST NEWSPAPERS, L.L.C., doing business as Houston Chronicle,

    Intervenor - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

Before BARKSDALE, DENNIS, and HAYNES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE: JUN 0 9 2011

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
          Deputy
New Orleans, Louisiana

JUN 0 9 2011

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 09, 2011

Mr. David J. Bradley
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520

No. 10-40221, Hearst Newspapers, L.L.C.
USDC No. 1:10-MC-2

Enclosed, for the Southern District of Texas, Brownsville only, is a copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

Sincerely,

LYLE W. CAYCE, Clerk

By:
James deMontluzin, Deputy Clerk
504-310-7679

cc: (letter only)
    Honorable Hilda G. Tagle
    Mrs. Amy Howell Alaniz
    Mr. Jonathan R. Donnellan
    Mr. Chip Brandon Lewis
    Mr. Crispin Quintanilla III
    Mr. Michael Wayne Ramsey
    Mr. Ravi Viren Sitwala
    Ms. Toni L. Trevino
    Mr. James Lee Turner
    Mr. Roberto Jose Yzaguirre

P.S. to Judge Tagle: A copy of the opinion was sent to your office via email the day it was filed.