UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| DEPARTMENT OF JUSTICE | § | |
| U.S. ATTONREY'S OFFICE | § | Criminal No.   1:00-cr-00118-01 |
| 1000 LOUISIANA, SUITE 2300 | § | |
| HOUSTON, TEXAS | § | |
| | § | |
| vs. | § | **ABSTRACT OF JUDGMENT** |
| | § | |
| OZIEL CARDENAS-GULLEN | § | |

| Date Judgment Entered: | 02/25/2010 |
|---|---|
| Judgment in Favor of: | United States of America |
| Judgment Against: | Oziel Cardenas-Gullen |
| Amount of Judgment: | $50,000,000.00 |
| Amount of Costs: | |
| Rate of Interest: | |
| Amount of Credits Since Judgment: | $29,534,830.00 |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

DAVID J. BRADLEY, Clerk

DATED: **MAR 0 1 2017**          By: _____
                                      Deputy Clerk

*Return to:
 United States Attorney's Office
 Attn: Asset Forfeiture Section
 1000 Louisiana, Ste. 2300
 Houston, TX 77002