**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | CRIMINAL NO. B-00-118 |
| **OZIEL CARDENAS-GUILLEN, ET AL.** | § | |

## NOTICE OF SUBSTITUTION

COMES NOW the United States Attorney for the Southern District of Texas by and through its Assistant United States Attorney and files this notice to substitute the attorney of record in this case.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By:  *s/ Lance Watt*
LANCE WATT
Assistant United States Attorney
Federal Bar No. 606949
State Bar No. 24037681
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
(361) 888-3111